## STATE OF CONNECTICUT *v.* BERNARD GIPSON
## (13553)

LANDAU, SPEAR and HENNESSY, Js.

Argued April 18—decision released May 16, 1995

*Susan Brown,* assistant public defender, for the appellant (defendant).

*JoAnne Sulik,* deputy assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *Rosita M. Creamer,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.